UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.           Miscellaneous Case No. 10-mc-7-JL

Mitchell L. Hassell

## O R D E R

I herewith approve the [6] Report and Recommendation of Magistrate Judge Muirhead dated March 15, 2010, no objection having been filed.

The taxpayer, Mitchell L. Hassell, is ordered to obey the summons and appear on May 3, 2010 at 9:00 a.m. at 410 Amherst Street, Suite 350, Nashua, New Hampshire, before Allison Vermette, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of September 30, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

April 8, 2010

                Joseph N. Laplante
                United States District Judge

cc: Gretchen Leah Witt, AUSA
   Mitchell L. Hassell